Thomas B. Hjerpe – SBN 172052
Jocelyn M. Godinho – SBN 275680
Law Office of Hjerpe & Godinho, LLP
350 E Street, 1st Floor
Eureka, CA 95501
(707) 442-7262

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DIVISION OF CALIFORNIA

In re: LORRIE A. LOVEMAN,

               Debtors.

) Case No.: 18-10519
)
) Chapter: 13
)
)
)

**DECLARATION OF LORRIE LOVEMAN
REGARDING MORTGAGE PAYMENTS**

Lorrie Loveman declares as follows:

1. I am a resident of Humboldt County, California and am over the age of eighteen years. I have personal knowledge of the matters contained herein and could competently testify thereto if required.

2. I am the debtor in the above-entitled matter.

3. I have made the post-petition mortgage payments for August 2018 and September 2018 to the first, second and third mortgages, on my residence located at 867 Stagecoach Road, Trinidad, CA 95570.

4. Attached hereto is verification of the payments I made. In addition, I have attached proof of the trustee payments.

I, declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

     Executed on September 28, 2018, at Eureka, California.

                                */s/ Lorrie Loveman*
                                Lorrie Loveman [6115]

From: seterus <seterus@westernunionspeedpay.com>
Date: Thursday, August 30, 2018
Subject: Seterus, Inc. Transaction Confirmation #17198774
To: Lorriebob <Lorriebob@aol.com>

seterus@westernunionspeedpay.com is on your Guest List | Delete this guest

RE: Loan number: 29306374, serviced by Seterus, Inc.

Dear Lorrie Ann Loveman:

This e-mail is a confirmation that you authorized us to draft your bank account. If your authorization occurred after 5 p.m. Pacific time, Monday through Friday (or on a holiday), the transaction will be posted to your account the following business day. Details regarding the transaction appear below:
Payment Amount: $1,982.92
Fee Amount: $0.00
Total Draft: $1,982.92
Draft Date: 8/30/2018
Drawn on: Wells Fargo Bank, National Association
Confirmation Number: 17198774

DID YOU KNOW: You can view current loan information, including payment history and current tax and insurance information, sign up for paperless document delivery, verify or change your contact information, and much more on our website?

If you don't have a Seterus online account, it's easy to get started. Click "Need to Register" in the login box on the left hand side of the "home page". When setting up your online profile, be sure to set up Email Notification Preferences on the My Profile tab to get important notices via email.

Go to www.seterus.com today!

If you have any questions, please contact us.

Sincerely,


Seterus, Inc.

G014F

1

From: seterus <seterus@westernunionspeedpay.com>
Date: Thursday, September 27, 2018
Subject: Seterus, Inc. Transaction Confirmation #17330685
To: Lorriebob <Lorriebob@aol.com>

RE: Loan number: 29306374, serviced by Seterus, Inc.

Dear Lorrie Ann Loveman:

This e-mail is a confirmation that you authorized us to draft your bank account. If your authorization occurred after 5 p.m. Pacific time, Monday through Friday (or on a holiday), the transaction will be posted to your account the following business day. Details regarding the transaction appear below:

Payment Amount: $1,982.92
Fee Amount: $0.00
Total Draft: $1,982.92
Draft Date: 9/27/2018
Drawn on: Wells Fargo Bank, National Association
Confirmation Number: 17330685

DID YOU KNOW: You can view current loan information, including payment history and current tax and insurance information, sign up for paperless document delivery, verify or change your contact information, and much more on our website?

If you don't have a Seterus online account, it's easy to get started. Click "Need to Register" in the login box on the left hand side of the "home page". When setting up your online profile, be sure to set up Email Notification Preferences on the My Profile tab to get important notices via email.

Go to www.seterus.com today!

If you have any questions, please contact us.

1

From: noreply <noreply@Mortgagepayment.com>
Date: Saturday, September 1, 2018
Subject: Payments Confirmation
To: lorriebob <lorriebob@aol.com>

 noreply@mortgagepayment.com is on your Guest List | Delete this guest

Dear LOVEMAN,LORRIE,

Thank you for using the Mortgage Payment payment service. This is to confirm your authorization, on Aug 31,2018 at 16:13, for electronic debit from your funding account payable to Mortgage Payment. The following account(s) will be paid, in the total amount of $1,061.33.

Account Number: 1004807417
Confirmation Number: 321659648
Effective Date: Aug 31,2018
Payment Amount: $1,048.83
Fee: $12.50

1

From: noreply <noreply@Mortgagepayment.com>
Date: Thursday, September 27, 2018
Subject: Payments Confirmation
To: lorriebob <lorriebob@aol.com>


Dear LOVEMAN,LORRIE,

Thank you for using the Mortgage Payment payment service. This is to confirm your authorization, on Sep 27,2018 at 16:22, for electronic debit from your funding account payable to Mortgage Payment. The following account(s) will be paid, in the total amount of $1,061.33.


Account Number: 1004807417
Confirmation Number: 328030664
Effective Date: Sep 27,2018
Payment Amount: $1,048.83
Fee: $12.50


The payment will be completed on effective date above or shortly thereafter. In the event the electronic debit to your funding account is returned unpaid, an additional return item fee of 0.00 for each payment, will be reflected on your statement and due the following bill cycle or upon request.

If you have any questions, concerns or require clarification regarding this correspondence, please call 1-800-315-4757.

RIGHT TO REFUND

"If you, the customer, are a resident of California, you are entitled to a refund of the money to be transmitted as the result of this agreement if Official Payments* does not forward the money received from you within 10 days of the date of its receipt, or does not give instructions committing an equivalent amount of money to the person designated by you within 10 days of the date of the receipt of the funds from you unless otherwise instructed by you. If your instructions as to when the moneys shall be forwarded or transmitted are not complied with and the money has not yet been forwarded or transmitted, you have a right to a refund of your money. If you want a refund, you must mail or deliver

1



**Success**

✔ **Your transfer was successful.** ✕

| From | TRNSFR CHK |
|---|---|
| Available Balance | $0.01 |

| To | Home Equity Line of Credit - 3342 |
|---|---|
| Current Balance | $0.00 |

| **Amount** | $2,299.51 |
|---|---|

| **Date** | 08/29/2018 |
|---|---|

| **Confirmation #** | 2854257413 |
|---|---|

🔒 Secure Area

Privacy & Security          Advertising Practices

Legal Info & Disclosures          Equal Housing Lender 🏠

Bank of America, N.A. Member FDIC.
© 2018 Bank of America Corporation

**DONE**

Help

**✓** **Your transfer was successful.** ✕

| | |
|---|---|
| **From** | TRNSFR CHK |
| Available Balance | $0.01 |
| **To** | Home Equity Line of Credit - 3342 |
| Current Balance | $0.00 |
| **Amount** | $2,299.51 |
| **Date** | 09/28/2018 |
| **Confirmation #** | 2513224943 |

🔒 Secure Area

Privacy & Security        Advertising Practices

Legal Info & Disclosures        Equal Housing Lender 🏠

Bank of America, N.A. Member FDIC.
© 2018 Bank of America Corporation

**DONE**

# Transaction

**Name**

Lorrie Loveman

**Address**

Po box 1116, Trinidad, CA, 95570

**Trustee Name**

David Burchard

**Case Number**

18-10519

**Date Arrived**

September 17, 2018

**Date Started**

September 10, 2018

**Date Cleared**

September 14, 2018

**Account Number**

XXXXXX4191



**Status**

Complete

**Transaction ID**

3943316

**Amount**

$2,000.00

# Transaction

**Name**

Lorrie Loveman

**Address**

Po box 1116, Trinidad, CA, 95570

**Trustee Name**

David Burchard

**Case Number**

18-10519

**Date Started**

September 24, 2018

**Date Cleared**

**Account Number**

XXXXXX4191

**Status**

Pending

**Transaction ID**

4002686

**Amount**

$2,000.00