DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In re:<br>LORRIE A. LOVEMAN<br><br>Debtor(s) | Chapter 13<br>Case No: 18-10519 WJL<br><br>CHAPTER 13 TRUSTEE'S<br>STATEMENT OF INVESTIGATION |
|---|---|

The Chapter 13 Trustee hereby submits this Statement of Investigation of the financial affairs of the Debtor(s) pursuant to 11 U.S.C. §1302(c).

1.  The business examination consisted of the review of the following documentation after the 341 Meeting of Creditors:

    a. Statement of Affairs and Schedules
    b. Tax returns for the years: 2015, 2016, and 2017
    c. Evidence of insurance: Real Property Insurance
    d. License: N/A
    e. Bank statements dated: January 2018 through June 2018

2.  The 341 Meeting of Creditors was held on 09/05/2018.
3.  Nature of Debtor's business: Rental Property
4.  Debtor's business is a sole-proprietorship.
5.  Debtor is the owner.
6.  Years of operation of Debtor's business:  since March 4, 2004
7.  Number of employees (excluding Debtor) was: none
8.  Statement of Financial Affairs, answered completely.
9.  The Schedules are complete.
10. All information requested by the Trustee was provided.
11. Debtor has $249,829.26 business assets.
12. The total fair market value of the business as an ongoing concern is approximately $249,829.26.
13. The Debtor's average monthly gross receipts are $18,475.00.


Date:  April 11, 2019              /s/ David Burchard
                                   David Burchard
                                   Chapter 13 Trustee